# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CRIMINAL DOCKET NO: 3:07CR57

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>       Plaintiff                   )<br>vs.                                     )<br>                                      )<br>ERIC CONYERS,              )<br>       Defendant.             )<br>                                      )<br>_____) | **ORDER** |

**THIS MATTER IS BEFORE THE COURT** upon the handwritten letter from the Defendant, Eric Conyers, to the undersigned, received May 21, 2007. In his letter to the Court, Mr. Conyers requests a bond hearing.

It is the longstanding practice of this Court to deny *pro se* motions filed by defendants who are represented by counsel, without prejudice to their ability to refile such motions after consulting with their lawyer. Mr. Conyers is represented in this matter by R. Brent Walker, who was appointed by the Court on or about May 1, 2007.

**IT IS THEREFORE ORDERED** that, to the extent that the Defendant's handwritten letter to the Court could be deemed a written motion, that motion is hereby **DENIED.**

The Clerk of Court is directed to send a copy of the Letter to Mr. Walker along with his copy of this Order.

Signed: May 24, 2007

David C. Keesler
United States Magistrate Judge